Peter M. Lazarus, Esq., State Bar No. 128055
peter@pacificattorneygroup.com
Jacob A. Sanandaji, Esq., State Bar No. 351290
jacob@pacificattorneygroup.com
PACIFIC ATTORNEY GROUP
856 South Robertson Boulevard
Los Angeles, California 90035
Telephone Number: (310) 659-6000
Facsimile Number: (310) 659-4000

Attorneys for Plaintiff,
TONY JOHNSON

Scott Voelz, Esq., State Bar No. 181415
svoelz@omm.com
Allison N. Bader, Esq., State Bar No. 324306
abader@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, California 90071-2899
Telephone Number: +1 213 430 6000
Facsimile Number: +1 213 430 6407

Attorneys for Plaintiff,
WALMART, INC.

**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TONY JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>DELIVERY DRIVERS, INC., ET AL.,<br><br>Defendant. | Case No.: 2:25-cv-03249-WBS-AC<br><br>**STIPULATION OF DISMISSAL; ORDER** |

**STIPULATION OF DISMISSAL**

As authorized by Federal Rule of Civil Procedure 41(a), Plaintiff and Defendant hereby stipulate to the dismissal with prejudice of Plaintiff's Complaint for Damages.

Each party will bear its own costs and attorney's fees.

It is so stipulated, through counsels of record.

Dated: August 13, 2026

PACIFIC ATTORNEY GROUP

By: */s/ Jacob A. Sanandaji*
Jacob A. Sanandaji, Esq.

Attorneys for Plaintiff,
TONY JOHNSON

Dated: August 13, 2026

O'MELVENY & MYERS LLP

By: */s/ Allison N. Bader*
Allison N. Bader, Esq.

Attorneys for Defendant,
WALMART, INC.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 19, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE